**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Margaret Elizabeth Broderick et al, | ) | 2:08-cv-02538-FMC-FMOx |
| Plaintiff(s), | ) ) | DISMISSAL BY COURT FOR FAILURE TO COMPLY WITH RULE 4(M) OF THE |
| v. | ) | FEDERAL RULES OF CIVIL PROCEDURE |
| Alberto Gonzales et al, | ) ) | |
| Defendant(s), | ) ) | |

On August 19, 2008, the Court issued an Order to Show Cause re Dismissal. A written response was ordered to be filed not later than September 2, 2008. No response has been filed.

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled cause is dismissed without prejudice for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure.

Dated: September 18, 2008

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE